IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

GAVIN S. BAKER
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:23-CR- 268 (ATB)
Vio:   18 USC §§ 7, 13
NYVTL §§ 1192.1, 1192.3,

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about May 14, 2023, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### GAVIN S. BAKER

did operate a motor vehicle while his ability to operate such motor vehicle was impaired by the consumption of alcohol.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1192.1, Driving While Ability Impaired.

### COUNT II

On or about May 14, 2023, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**GAVIN S. BAKER**

did operate a motor vehicle while in an intoxicated condition.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1192.3, Driving While Intoxicated.

CARLA FREEDMAN
United States Attorney

By: _____
KYLE C. SHORT
Special Assistant U.S. Attorney